DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO VANSHAWN RICHARDSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-983

[August 2, 2018]

Appeal of order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 56-2010-CF-001508 A.

Antonio Vanshawn Richardson, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***